NO. 25-1185

In The

# United States Court Of Appeals
# For The Fourth Circuit

**TIFFANY ADELE KING, as Administratrix of the Estate of Maurice Antoine King,**

*Plaintiff – Appellee,*

v.

**CHARLES S. BLACKWOOD, in his official capacity as Sheriff of Orange County; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, official bond for Defendant Sheriff Blackwood; WILLIAM D. BERRY, JR., in his individual capacity; THOMAS E. LINSTER, III,**

*Defendants – Appellants.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA AT GREENSBORO**

## CORRECTED JOINT APPENDIX
## Volume V of V – Digital Media

**Brian F. Castro**
**WOMBLE BOND DICKINSON (US) LLP**
**555 Fayetteville Street**
**Suite 1100**
**Raleigh, NC 27601**
**(919) 755-8135**

***Counsel for Appellants***

**Sonny S Haynes**
**WOMBLE BOND DICKINSON (US) LLP**
**1 West 4th Street**
**Winston-Salem, NC 27101**
**(336) 721-3632**

***Counsel for Appellants***

**Liedeke A. Sharp**
**ALLYN SHARP LAW, PLLC**
**P. O. Box 730**
**Carrboro, NC 27510**
**(919) 265-9200**

***Counsel for Appellee***

*Gibson*Moore Appellate Services, LLC
206 East Cary Street ♦ P.O. Box 1460 (23218) ♦ Richmond, VA 23219
804-249-7770 ♦ www.gibsonmoore.net

# TABLE OF CONTENTS
## Volume I of V

**Page:**

**Docket Entries. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1**

**Amended Complaint**
**filed August 23, 2021.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA31**

**Defendants' Motion to Dismiss Amended Complaint**
**filed September 7, 2021. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA97**

**Defendants' Motion to Dismiss Amended Complaint**
**filed September 7, 2021. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA100**

**Order**
**filed August 1, 2023.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA103**

**Defendants' Answer to Amended Complaint**
**filed August 30, 2023.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA107**

**Defendants' Motion for Summary Judgment**
**filed July 1, 2024.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA138**


**Defendants' Joint Rule 56.1 Statement of Material Facts,
With Attached Appendix Exhibit,
filed July 1, 2024.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA142**

**Exhibit:**

**2. Declaration of Shelly Higgins,
With Exhibits
sworn July 1, 2024. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA184**

**Excerpt of Defendants' Memorandum of Law in Support of
Motion for Summary Judgment
filed July 1, 2024.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA205**

**Refiled Appendix Exhibits to:
Defendants' Joint Rule 56.1 Statement of Material Facts
filed July 16, 2024:**

**1. Declaration of Charles S. Blackwood,
With Exhibits
sworn July 15, 2024. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA206**

**TABLE OF CONTENTS**
**Volume II of V**

**Page:**

**Refiled Appendix Exhibits to:**
**Defendants' Joint Rule 56.1 Statement of Material Facts filed July 16, 2024, Continued:**

1. **Declaration of Charles S. Blackwood, With Exhibits sworn July 15, 2024, Continued:.. ................ JA418**

4. **Declaration of William D. Berry Jr. With Exhibit sworn July 15, 2024. ............................ JA794**

5. **Declaration of Thomas E. Linster, III, With Exhibit sworn July 15, 2024. ............................ JA805**

6. **Declaration of Antonio R. Cartnail sworn July 1, 2024. ............................ JA816**

**Exhibits to:**
**Plaintiff's Brief in Opposition to Defendants' Motions for Summary Judgment filed August 19, 2024:**

1. **Autopsy Report. .................................. JA821**

2. **Excerpts of Deposition of William D. Berry, Jr. taken April 11, 2024. .......................... JA828**

## TABLE OF CONTENTS
**Volume III of V**

**Page:**

**Exhibits to:**
**Plaintiff's Brief in Opposition to Defendants' Motions for Summary Judgment filed August 19, 2024, Continued:**

4. Excerpts of Berry Report dated March 6, 2020. . . . . . . . . . . . . . . . . . . . . . . . . . . . JA930

5. Excerpts of Deposition of Charles S. Blackwood taken March 18, 2024. . . . . . . . . . . . . . . . . . . . . . . . . . JA931

6. Affidavit of Dr. Joseph Brian Borawski sworn April 2, 2024. . . . . . . . . . . . . . . . . . . . . . . . . . . JA1029

7. Bradford Booking Report dated March 5, 2020. . . . . . . . . . . . . . . . . . . . . . . . . . JA1032

8. Bryan Report dated June 3, 2024. . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1033

9. CAD Report dated March 4, 2020. . . . . . . . . . . . . . . . . . . . . . . . . . JA1070

15. Excerpts of Deposition of Antonio R. Cartnail taken April 23, 2024. . . . . . . . . . . . . . . . . . . . . . . . . JA1073


**<u>Exhibits</u> to:**
**Plaintiff's Brief in Opposition to Defendants' Motions for Summary Judgment**
**filed August 19, 2024, Continued:**

**17. Affidavit of Matthew David Crittenden sworn October 11, 2023. . . . . . . . . . . . . . . . . . . . . . . JA1129**

**18. Affidavit of Donald Dickerson sworn September 1, 2023.. . . . . . . . . . . . . . . . . . . . . JA1132**

**19. Affidavit of Jonathan Robert Donyes sworn December 7, 2023. . . . . . . . . . . . . . . . . . . . . . JA1134**

**20. Affidavit of Jelani Obiyanna Dye sworn June 25, 2024. . . . . . . . . . . . . . . . . . . . . . . . . JA1142**

**21. Emergency Medical Plan dated July 1, 2003. . . . . . . . . . . . . . . . . . . . . . . . . . . JA1148**

**22. EMS Report dated March 4, 2020. . . . . . . . . . . . . . . . . . . . . . . . . JA1152**

**23. Grantz Booking Report dated March 5, 2020. . . . . . . . . . . . . . . . . . . . . . . . . JA1158**

**24. Excerpts of Deposition of Jerry R. Hawkins taken May 21, 2024. . . . . . . . . . . . . . . . . . . . . . . . . . JA1160**

**25. Health Services Agreement.. . . . . . . . . . . . . . . . . . . . . . . . JA1186**

**27. Excerpt of Incident Report dated March 4, 2020. . . . . . . . . . . . . . . . . . . . . . . . . JA1209**

**Exhibits to:**
**Plaintiff's Brief in Opposition to Defendants' Motions for Summary Judgment**
**filed August 19, 2024, Continued:**

**28. Jail Health Plan**
**dated February 4, 2019. . . . . . . . . . . . . . . . . . . . . . . . . JA1210**

**29. King Medical Screening**
**dated November 14, 2019. . . . . . . . . . . . . . . . . . . . . . JA1222**

**30. Letter**
**dated August 3, 2017.. . . . . . . . . . . . . . . . . . . . . . . . . JA1225**

**31. Letter**
**dated February 7, 2018. . . . . . . . . . . . . . . . . . . . . . . . JA1227**

**32. Letter**
**dated July 26, 2018. . . . . . . . . . . . . . . . . . . . . . . . . . . JA1229**

**33. Letter**
**dated August 27, 2019.. . . . . . . . . . . . . . . . . . . . . . . . JA1231**

**34. Letter**
**dated January 30, 2020. . . . . . . . . . . . . . . . . . . . . . . . JA1233**

**TABLE OF CONTENTS**
**Volume IV of V**

**Page:**

**Exhibits to:**
**Plaintiff's Brief in Opposition to Defendants' Motions for Summary Judgment filed August 19, 2024, Continued:**

35. Excerpts of Deposition of Thomas E. Linster, III, Vol. I taken April 11, 2024. .......................... JA1235

36. Excerpts of Deposition of Thomas E. Linster, III, Vol. II taken April 11, 2024. .......................... JA1255

38. Linster Report taken May 18, 2020. .......................... JA1329

39. McCrimmon Booking Report dated April 23, 2018. .......................... JA1330

40. Nurse's Note.. .......................... JA1331

41. Affidavit of Ethan Gray Peace sworn November 30, 2023. .......................... JA1333

43. Punch Times List.. .......................... JA1336

44. Report of July 25, 2017 Inspection. .......................... JA1340

45. Report of January 30, 2018 Inspection. .......................... JA1353

**Exhibits to:**
**Plaintiff's Brief in Opposition to Defendants' Motions for Summary Judgment filed August 19, 2024, Continued:**

46. Report of July 16, 2018 Inspection.................... JA1360

47. Report of July 24, 2019 Inspection.................... JA1368

48. Report of January 21, 2020 Inspection. ............... JA1380

49. Report of March 12, 2020 Inspection.................. JA1388

50. Affidavit of Frank Albert Robinson sworn June 25, 2024. ......................... JA1391

51. Excerpts of Deposition of Angela Spear taken May 21, 2024. ......................... JA1394

52. Spear Rounds List.................................. JA1463

53. Stephens Booking Report dated March 5, 2020. ......................... JA1464

54. Supervision Policy dated July 1, 2003. ............................ JA1465

55. Excerpts of Deposition of Jamison R. Sykes taken April 23, 2024. ......................... JA1469

56. Affidavit of Anderson Parnell Whitted, Jr. sworn May 31, 2024.......................... JA1490

**Refiled Appendix Exhibits to:**
**Defendants' Joint Rule 56.1 Statement of Material Facts**
**filed September 25, 2024:**

**2. Amended Declaration of Shelly Higgins sworn September 5, 2024. . . . . . . . . . . . . . . . . . . . . . JA1503**

**3. Amended Declaration of Jennifer Peoples sworn September 17, 2024. . . . . . . . . . . . . . . . . . . . . JA1509**

**Memorandum Opinion and Recommendation of United States Magistrate Judge filed December 20, 2024. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1515**

**Plaintiff's Objections to Magistrate Judge's Recommendation, With Attachment, filed January 3, 2025. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1570**

**Attachment:**

**Unpublished Opinion in Fourth Circuit Record Number 14-1955 dated May 27, 2015. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1598**

**Defendants' Objections to Magistrate Judge's Recommendation filed January 3, 2025. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1605**

**Plaintiff's Response to Defendant's Objections to Magistrate Judge's Recommendation filed January 17, 2025. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1620**

**Defendants' Response in Opposition to Plaintiff's Objections to Magistrate Judge's Recommendation**
**filed January 17, 2025. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1647**

**Order and Judgment**
**filed February 3, 2025. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1660**

**Memorandum Opinion and Order**
**filed February 13, 2025. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1668**

**Notice of Appeal**
**filed February 14, 2025. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . JA1678**

## TABLE OF CONTENTS
**Volume V of V - Digital Media**

**Page:**

**I hereby certify the following pursuant to the Digital Media Requirements:**

**March 4, 2020 Videos**
**1-17 - mp4, asf formats**

3. Berry Interview.mov
10. Camera 3.wmv
11. Camera 10.wmv
12. Camera 20.wmv
13. Camera 23.wmv
14. Camera 25.wmv
16. Cartnail Interview.mov
26. Higgins Interview.mov
37. Linster Interview.mov
42. Peoples Interview.mov

**This Digital Media is compatible with Windows Media Players and has been confirmed to be Virus-Free Through Virus Scan: Webroot SecureAnywhere**